UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMYAN J. SCOTT,

Plaintiff,

v.

SOBECK, CORRECTIONAL OFFICER, *et al.*,

Defendants.

______________________________ /

Case No. 26-12131

F. Kay Behm
United States District Judge

**ORDER LIFTING STAY AND DISMISSING CASE**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). The case was stayed in order to participate in the Pro Se Early Prisoner Mediation Program for possible resolution. (ECF No. 10). Plaintiff has since filed a motion for voluntary dismissal of the case. (ECF No. 13). Accordingly, **IT IS ORDERED** that the stay is lifted and that the complaint is **DISMISSED** without prejudice.

**SO ORDERED**.

Date: September 22, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge